PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURTIS FRANK SCOBLE,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:21-CV-01443-EFB<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended thirty-one days (31) days from June 13, 2022, to July 14, 2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

      Good cause exists for this request.  Pursuant to the scheduling order, Defendant's deadline for filing a response to Plaintiff's brief was June 13, 2022.  Defendant apologizes to the court for the lack of timeliness in making this extension request.  Defendant improperly calendared this deadline for next week and discovered his mistake when preparing to seek an extension to

respond to Plaintiff's Opening Brief.  Counsel is seeking an extension in this matter because he has been and will be unable to devote the time required to complete Defendant's response to Plaintiff's Opening Brief due to the recent need to take unscheduled leave to provide at home care to his son due to his COVID exposure at pre-school and upcoming scheduled leave that will keep Counsel out of the office through June 21, 2022.   Counsel for Defendant also currently has workload conflicts including twelve (12) merit briefs currently due in district court cases over the next 30 days.  An extension until July 14, 2022 will provide an opportunity for the undersigned Counsel for Defendant to complete the response to Plaintiff's Opening Brief.  Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling.

Counsel once again apologizes to the Court for my failure to exercise proper oversight over the scheduling of this deadline and for failing to timely file a response or request an extension to respond to Plaintiff's Opening Brief pursuant to the court's scheduling order. Defendant respectfully requests that the Court excuse my inadvertent mistake and grant this Stipulated Motion requesting an extension until July 14, 2022 for Defendant to file a response to Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: June 14, 2022          By:    *s/ Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


Attorneys for Plaintiff

DATE: June 14, 2022          By:    */s/ Stuart T. Barasch*\*
                                    Stuart T. Barasch, Esq.
                                    Of Counsel, Olinsky Law Group
                                    E-mail: stuartbarasch@gmail.com
                                    (*as authorized by email)

2

1
2

ORDER

3

     Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an

4

extension, up to and including July 14, 2022, to respond to Plaintiff's Opening Brief.

5
6

DATED:  June 15, 2022.

7

EDMUND F. BRENNAN

8

UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28